IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| RONALD W. FEEZOR,<br>    Plaintiff,<br>v.<br><br>Novo Nordisk Inc. and Novo Nordisk A/S,<br>    Defendants. | CIVIL ACTION NO.:   2:24-cv-5153 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Ronald W. Feezor, hereby voluntarily dismisses the above styled and docketed claim without prejudice, with each party to bear its own costs. Plaintiff's counsel has conferred with counsel for defense and was advised there was no objection to the present filing and no Answer to the Complaint has yet been filed.

Dated: February 19, 2025

**Respectfully submitted,**

By: THE GORI LAW FIRM, P.C.

/s/ Evan D. Buxner
Evan D. Buxner, IL #6221006
Admitted *pro hac vice*
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
Ph: 618-659-9833
Fax: 618-659-9834
evan@gorilaw.com
*Attorneys for Plaintiffs*